UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:10-CR-00510-JO |
| v. | FINAL ORDER OF FORFEITURE |
| MOISES LOPEZ-PRADO, JOSE TEXCO HILARIO, and ALEJANDRO ARROYO-LOPEZ, | Fed. R. Crim. P. 32.2(c)(2) |
| Defendants. | |

On December 3, 2012, this Court entered a Preliminary Order of Forfeiture as to defendant Jose Texco Hilario; On May 14, 2013, this Court entered a Preliminary Order of Forfeiture as to defendant Alejandro Arroyo-Lopez; On May 28, 2013, this Court entered a Preliminary Order of Forfeiture as to defendant Moises Lopez-Prado, ordering defendants to forfeit all of their right, title, and interest in:

$25,000 in United States Currency.

Notice of this forfeiture proceeding was published on the official government internet site (www.forfeiture.gov) for 30 consecutive days beginning on December 7, 2012.

No timely petitions have been filed with this Court and the time has expired.

The Court finds that defendants Moises Lopez-Prado, Jose Texco Hilario and Alejandro Arroyo-Lopez had an interest in the above-described property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d).

IT IS HEREBY ORDERED AND ADJUDGED that pursuant 18 U.S.C. § 924(d), all right, title, and interest to

$25,000 in United States Currency

is hereby forfeited and vested in the United States of America, free and clear of the claims of any person, including defendants Moises Lopez-Prado, Jose Texco Hilario and Alejandro Arroyo-Lopez. The United States Government is directed to dispose of the property in accordance with the law.

The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this 28 day of May, 2013.

_____
ROBERT E. JONES
United States District Judge

Submitted by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney

_____
THOMAS H. EDMONDS
Assistant United States Attorney